

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on December 9, 2019, but has not been filed. The court reporter has filed a notification of late reporter's record, requesting an extension until January 10, 2020. We grant her request and ORDER her to file the reporter's record on or before January 10, 2020.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court